17036.   NICHOLSON LIVE-STOCK Co. *v.* CRUMLEY-SHARP HARDWARE Co.

JENKINS, P. J.   While the evidence as to the purchase by the defendant company of the goods in question was in conflict, the direct testimony for the plaintiff, together with the proved surrounding facts and circumstances, was sufficient to authorize a verdict in its favor, and this court can not set the verdict aside on the general grounds, which are the only exceptions taken.

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED MAY 14, 1926.

Appeal; from Grady superior court—Judge Custer. October 30, 1925.

*L. W. Rigsby,* for plaintiff in error.   *W. H. Duckworth,* contra.

---

Appeal and Error, 4 C. J. p. 859, n. 7.